IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sheryl Harley, | : |
| | : Civil Action No.: 1:14-cv-00870 |
| Plaintiff, | : |
| v. | : |
| Comenity LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Comenity LLC with prejudice and without costs to any party.

**DATED:** December 3, 2014

| Sheryl Harley | Comenity LLC |
|---|---|
| /s/ *Sergei Lemberg* | /s/ *David J. Kaminski* |
| Sergei Lemberg, Esq. | David J. Kaminski, Esq. |
| LEMBERG LAW, LLC | CARLSON & MESSER LLP |
| 1100 Summer Street, 3rd Floor | 5959 West Century Boulevard, Suite 1214 |
| Stamford, CT  06905 | Los Angeles, CA 90045 |
| (203) 653-2250 | Telephone (310) 242-2200 |
| *Attorney for Plaintiff* | Facsimile (310) 242-2222 |
| | Email: kaminskid@cmtlaw.com |
| | (pro hac vice) |
| | |
| | Gordon K. Walton, Esq. |
| | WALTON LAW GROUP LLC |
| | 161 N. Clark Street, Suite 4700 |
| | Chicago, IL 60601 |
| | (P) 312-523-2106 |
| | (F) 312-523-2001 |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF), which sent notice of such filing to the following:

David J. Kaminski, Esq.
CARLSON & MESSER LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045

Gordon K. Walton, Esq.
WALTON LAW GROUP LLC
161 N. Clark Street, Suite 4700
Chicago, IL 60601

                                                    By /s/ Sergei Lemberg
                                                          Sergei Lemberg